United States Bankruptcy Court
District of Massachusetts

In re:                                                                   Case No. 19-13616-msh
Catherine A. Costa                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-1          User: admin              Page 1 of 2           Date Rcvd: Oct 28, 2019
                              Form ID: 309aauto        Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2019.
```
db             +Catherine A. Costa,    151 Bishops Terrace,    Hyannis, MA 02601-6212
aty            +Brian D. Widegren,    Law Officeof Brian D. Widegren,    72 Route 28,    Suite 6,
                 West Harwich, MA 02671-1112
20409511       +Barnstable Housing Authority,    146 South St.,    Hyannis, MA 02601-4016
20409512       +Cape Cod Hospital,    PO Box 55396,    Boston, MA 02205-5396
20409513       +Cape Cod Othopedics,    130 North Street,    Hyannis, MA 02601-3825
20409519       +Eversource,    P.O. Box 250,    Norwood, MA 02062-0250
20409518       #Eversource,    P.O. Box 660753,    Dallas, TX 75266-0753
20409522       +Gragil Associates, Inc.,    29 Winter St.,    PO Box 1010,    Pembroke, MA 02359-1010
20409523       +John Clark,    PO Box 680,    Truro, MA 02666-0680
20409524       +Joyce McIntyre, M.D,    76 Airline Rd.,    South Dennis, MA 02660-2583
20409526       +Lending Club Corporation,    21 Stevenson, Suite 300,    San Francisco, CA 94105-2706
20409528       #+Maggie Sawyer,    7 Wildwood Path,    West Yarmouth, MA 02673-3651
20409532       +Michael A. Kelly, Esq.,    Kelly, Souza, Rocha & Parmenter, P.C,    98 Front St., 2nd Floor,
                 New Bedford, MA 02740-7262
20409534       +Mr. Cooper,    8950 Cypress Waters Blvd,    Copplee, TX 75019-4620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QDRLASSMAN.COM Oct 29 2019 05:03:00       Donald Lassman,    Law Offices of Donald Lassman,
                 P. O. Box 920385,    Needham, MA 02492-0005
smg            +E-mail/Text: duabankruptcy@detma.org Oct 29 2019 01:08:54       CHIEF COUNSEL, LEGAL DEPARTMENT,
                 DEPARTMENT OF UNEMPLOYMENT ASSISTANCE,    COMMONWEALTH OF MASSACHUSETTS,
                 19 STANIFORD STREET,1ST FLOOR,    Boston, MA 02114-2502
smg             EDI: MASSDOR Oct 29 2019 05:03:00       MASS DEPT OF REVENUE,    BANKRUPTCY UNIT,    P0 BOX 9564,
                 Boston, MA  02114-9564
ust            +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Oct 29 2019 01:08:49       John Fitzgerald,
                 Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
                 5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3901
20409514       +EDI: CAPITALONE.COM Oct 29 2019 05:03:00       Capital One Bank USA,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
20409515       +EDI: CHASE.COM Oct 29 2019 05:03:00       Chase Card,    PO Box 15123,    Wilmington, DE 19850-5123
20409516        EDI: COMCASTCBLCENT Oct 29 2019 05:03:00       Comcast,    676 Island Pond Rd.,
                 Manchester, NH 03109-4840
20409517       +E-mail/PDF: creditonebknotifications@resurgent.com Oct 29 2019 01:17:26       Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
20409520        EDI: BLUESTEM Oct 29 2019 05:04:00       Fingerhut/Webbank,    6250 Ridgewood Rd,
                 Saint Cloud, MN 56303-0820
20409521       +EDI: AMINFOFP.COM Oct 29 2019 05:03:00       First Premier Bank,    3820 N Louise Ave.,
                 PO Box 5524,    Sioux Falls, SD 57117-5524
20409525        EDI: CHASE.COM Oct 29 2019 05:03:00       JPMCB Card Services,    PO Box 15369,
                 Wilmington, DE 19850-5369
20409527       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 29 2019 01:17:27       LVNV Funding LLC,
                 200 Meeting Street, Ste #206,    Greenville, SC 29615-5833
20409529        EDI: CBSMASON Oct 29 2019 05:03:00       Mason Easy Pay,    PO Box 2808,    Monroe, WI 53566-8008
20409530        EDI: CBSMASON Oct 29 2019 05:03:00       Masseys,    PO Box 2822,    Monroe, WI 53566-8022
20409531        E-mail/PDF: MerrickBKNotifications@Resurgent.com Oct 29 2019 01:17:25       Merrick Bank,
                 PO Box 9201,    Old Bethpage, NY 11804-9001
20409533        EDI: CBS7AVE Oct 29 2019 05:03:00       Mongomery ward,    1112 7th Avenue,
                 Monroe, WI 53566-1364
20409535        EDI: CBSMASON Oct 29 2019 05:03:00       Stoneberry,    PO Box 2820,    Monroe, WI 53566-8020
20409537        EDI: TFSR.COM Oct 29 2019 05:03:00       Toyota Financial Services,    Lending Team,    PO Box 9786,
                 Cedar Rapids, IA 52409-0004
20409536        EDI: TFSR.COM Oct 29 2019 05:03:00       Toyota Financial Services,    PO Box 9786,
                 Cedar Rapids, IA 52409-0004
                                                                                               TOTAL: 19
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0101-1              User: admin                  Page 2 of 2                   Date Rcvd: Oct 28, 2019
                                  Form ID: 309aauto            Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2019 at the address(es) listed below:
              Brian D. Widegren    on behalf of Debtor Catherine A. Costa brianwidegren@gmail.com
              Donald Lassman    don@lassmanlaw.com, dlassman@ecf.axosfs.com
              John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
                                                                                             TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Catherine A. Costa** | Social Security number or ITIN **xxx–xx–2523** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of Massachusetts** | Date case filed for chapter **7   10/24/19** |
| Case number: | **19–13616** | |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case        12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, you may wish to consult an attorney.** All documents filed in the case may be inspected through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other document in the case.** Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Catherine A. Costa | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 151 Bishops Terrace<br>Hyannis, MA 02601 | |
| 4. | **Debtor's attorney**<br>Name and address | Brian D. Widegren<br>Law Officeof Brian D. Widegren<br>72 Route 28<br>Suite 6<br>West Harwich, MA 02671 | Contact phone 508–432–2600<br><br>Email:  brianwidegren@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Donald Lassman<br>Law Offices of Donald Lassman<br>P. O. Box 920385<br>Needham, MA 02492 | Contact phone 781–455–8400<br><br>Email:  don@lassmanlaw.com |

**For more information, see page 2>**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case**                              page **1**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U. S. Bankruptcy Court<br>J.W. McCormack Post Office & Court House<br>5 Post Office Square, Suite 1150<br>Boston, MA 02109–3945 | Hours open: Monday–Friday 8:30am–5:00pm<br><br>Contact phone 617–748–5300<br><br>Date: 10/28/19 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 20, 2019 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Hastings Keith Federal Building, 53 North Sixth Street, Room 206, New Bedford, MA 02740** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>Papers and any required fee must be received by the bankruptcy clerk's office **no later than 4:30 PM (Eastern Time)** by the deadlines listed. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br><br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br><br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/21/20** |
| | | **Deadline to object to exemptions:**<br><br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Deadline to file §503(b)(9) requests:** | Requests under Bankruptcy Code §503(b)(9)(goods sold within twenty(20) days of bankruptcy) must be filed in the Bankruptcy Clerk's office. | **Filing deadline:** 60 days from the first date set for the meeting of creditors |
| **11.** | **Proof of claim** | For holder(s) of a claim secured by a security interest in the debtor's principal residence, pursuant to Rule 3002(c)7(A): | **Filing deadline:** 70 days from the Filing Date of the Petition |
| | | For creditors other than those holding a *Claim Secured by a Security Interest in the Debtor's Principal Residence:* A date has not been set yet. No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |

**For more information, see page 3>**

| | |
|---|---|
| **12. Discharge of Debts** | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) or that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2),(4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on line 9 of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| **13. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **14. Financial Management Training Program Deadline for the Debtor** | **Deadline for debtor to attend a financial management training program approved by the United States Trustee: Sixty (60) days from the first date set for the meeting of creditors.** The discharge will not enter if the debtor fails to attend a financial management–training program approved by the United States Trustee or if the debtor attends such training and fails to file a certificate of completion with the U.S. Bankruptcy Court. The training is in addition to the pre–bankruptcy counseling requirement. A list of approved courses may be obtained from the United States Trustee or from the court's website at www.mab.uscourts.gov. |
| **15. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **16. Abandonment of Estate Property** | Notice is hereby given that any creditor or other interested party who wishes to receive notice of the estate representative's intention to abandon property of the estate pursuant to 11 U.S.C. §554(a) must file with the Court and serve upon the estate representative and the United States trustee a written request for such notice within fourteen (14) days from the date first scheduled for the meeting of creditors. |