

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*  <br><br>CATHERINE A. COSTA,  <br>    Debtor | Ch. 7  <br><br>19-13616-MSH |

### Order on Motion for Relief from Stay

The Motion for Relief from the Automatic Stay of Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A. as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-HE5 [# 8] having come before me, due notice having been given, no objection thereto having been filed, and good cause appearing to me therefor, including the fact that the debtor has stated the intention to surrender the property, it is hereby

ORDERED that Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A. as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-HE5, including its successors and assigns, is granted relief from the automatic stay provisions of 11 U.S.C. § 362 for the purpose of exercising its rights under its agreements with the debtor, including foreclosing its mortgage, or accepting a deed in lieu of foreclosure on the property located at 4 Town Hall Road, Truro, MA 02666, more particularly described in the Motion, and if necessary bringing eviction proceedings against the debtor, all in accordance with applicable state and federal law.

Secured Creditor and/or its successors, assigns, and servicer may at its option offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Secured Creditor may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

By the Court,

Melvin S. Hoffman
United States Bankruptcy Judge

Dated: 11/20/2019